IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| DURRELL K. JACKSON,<br><br>      Plaintiff,<br><br>vs.<br><br>GERARDO S. GUTIERREZ,<br><br>      Defendant. | No. C06-81-EJM<br><br>ORDER |

This matter is before the court on the Eighth Circuit Court of Appeals' order remanding this case for the limited purpose of determining plaintiff's in forma pauperis status and assessing appellate filing fees, entered on September 5, 2006, and filed in this court on September 7, 2006. The Court of Appeals further directed that if in forma pauperis status is granted, this court is to calculate and collect the appellate filing fees in accordance with Henderson v. Norris, 129 F3d 481 (8th Cir. 1997).

Following the court's dismissal of this matter on July 24, 2006, plaintiff's Notice of Appeal was filed on August 4, 2006. The court having previously granted plaintiff in forma pauperis status, FRAppP 24(a)(3) provides that plaintiff may proceed on appeal in forma pauperis without any further authorization unless the court finds otherwise. The court not having found to the contrary, plaintiff is therefore entitled to appeal in forma pauperis without further authorization.

As set forth in Henderson v. Norris, 129 F.3d 481 (8th Cir. 1997), upon plaintiff's filing a notice of appeal in this court, the total appellate fees of $455.00 are to be assessed, and the court then processes the appeal in the ordinary course of business. Henderson notes that plaintiff is to furnish a certified copy of his inmate account to this court upon filing the notice of appeal, and if the court does not receive the certified copy of the inmate account within thirty days of the filing of the notice of appeal (here, by not

later than September 5, 2006), then the court thereafter calculates the initial partial appellate fee at $35 or such other reasonable amount as warranted by available information, and proceeds to establish the appropriate installment payment provisions. Henderson, supra, at 485.

Plaintiff's appellate fees shall be assessed in the amount of $455. Plaintiff not having provided a certificate of inmate account within 30 days of August 4, 2006 (by September 5, 2006) he shall therefore be assessed an initial appellate partial fee of $35.00 (as part of the total $455) which he shall be directed to submit immediately to the Clerk of Court. Plaintiff shall be directed to submit monthly payments of 20 percent of each preceding month's income credited to his inmate account until the $455.00 appeal fees are paid in full. The agency having custody of the plaintiff shall be directed to forward payments from his inmate account to the Clerk of Court each time the amount in the account exceeds $10.00. 28 U.S.C. § 1915.

It is therefore
ORDERED

1. Plaintiff having been previously granted in forma pauperis status in this court, pursuant to FRAppP24(a)(3) he may proceed on appeal in forma pauperis without further order of court.

2. Plaintiff is assessed $455 for appellate filing fees. Plaintiff shall forthwith submit to the Clerk of Court an initial partial appellate fee of $35. He shall thereafter submit monthly payments of 20 percent of the preceding month's income credited to his inmate account until the $455 appellate fees are paid in full. The agency having custody of plaintiff shall be directed to forward payments from his inmate account to the Clerk of Court each time the amount in the account exceeds $10.

3. The Clerk of Court is directed to forward this matter to the Eighth Circuit Court of Appeals for further disposition.

September 22, 2006.

	_____
	Edward J. McManus, Judge
	UNITED STATES DISTRICT COURT

TO: **WARDEN/ADMINISTRATOR**
US Penitentiary, Terre Haute, Indiana

## NOTICE OF COLLECTION OF FILING FEE

You are hereby given notice that Durrell Kaye Jackson, #06690-029, an inmate at your facility, has filed the following appeal in the United States District Court for the Northern District of Iowa: *Jackson v. Gutierrez,* Case No. C06-81-EJM. The inmate was granted in forma pauperis status pursuant to 28 U.S.C. § 1915(b), which requires partial payments of the $455.00 appellate fees. The court has assessed an initial partial filing fee of $35.00 which the inmate must pay now to the Clerk of Court. 28 U.S.C. § 1915(b)(1); *see also Henderson v. Norris*, 129 F.3d 481, 484 (8th Cir. 1997).

> After payment of the initial partial filing fee, the prisoner shall be required to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account. The agency having custody of the prisoner shall forward payments from the prisoner's account to the Clerk of Court each time the amount in the account exceeds $10 until the filing fees are paid.

28 U.S.C. § 1915(b)(2). If the inmate currently does not have sufficient funds to pay the initial partial filing fee, you must monitor the account and send payments to the Clerk of Court according to the system provided in 28 U.S.C. § 1915(b)(2).

Please make the appropriate arrangements to have these fees deducted and sent to the court as required under the statute.

/s/ Pridgen J. Watkins (mj on 9/22/06)
_____
Pridgen J. Watkins
U.S. District Court Clerk
Northern District of Iowa